MORROW  v.  APPERSON.

(*Jackson.*  June  27,  1900.)

FROM  SHELBY.

Appeal from Chancery Court of Shelby County. F. H. HEISKELL, Ch.

CARROLL, McKELLAR & BULLINGTON for Morrow.

A. B. PITTMAN for Apperson.

FOWLER  v.  TAYLOR.

(*Jackson.*  June  27,  1900.)

Appeal from Chancery Court of Shelby County. F. H. HEISKELL, Ch.

SMITH & TREZEVANT for Fowler.

J. H. MALONE for Taylor.

PEARSON  v.  COLBERT.

(*Jackson.*  June  27,  1900.)

Appeal from Chancery Court of Shelby County. JOHN L. T. SNEED, Ch.

J. W. CANADA for Pearson.

J. H. MALONE for Colbert.